| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **CHAI Freight Logistics LLC** <br> Name | EIN | 47–1353047 |
| United States Bankruptcy Court   **Southern District of Texas** <br> Case number:   20–10280 | | Date case filed for chapter  **7**   12/9/20 | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | CHAI Freight Logistics LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5224 Clearview Dr. <br> Brownsville, TX 78526 | |
| 4. | **Debtor's attorney** <br> Name and address | Abelardo Limon Jr <br> Limon Law Office PC <br> 890 W Price Rd <br> Brownsville, TX 78520 | Contact phone 956–544–7770 <br><br> Email:  alimon@limonlaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Catherine Stone Curtis <br> Pulman, Cappuccio & Pullen, LLP <br> P.O. Box 720788 <br> McAllen, TX 78504 | Contact phone 956–467–1900 <br><br> Email:  ccurtis@pulmanlaw.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court <br> 1133 North Shoreline Blvd #208 <br> Corpus Christi, TX 78401 | Hours open: <br> 8:00 am – 5:00 pm Monday through Friday <br><br> Contact phone (956) 548–2500 <br><br> Date: 12/10/20 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **January 22, 2021 at 11:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Telephone Conference, Call 877–960–1357, passcode 3121403** |
| 8. | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 20-10280-evr |
| CHAI Freight Logistics LLC | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-1 | User: JosephWel | Page 1 of 3 |
| Date Rcvd: Dec 10, 2020 | Form ID: 309C | Total Noticed: 65 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CHAI Freight Logistics LLC, 5224 Clearview Dr., Brownsville, TX 78526-3817 |
| 11751255 | + | Alexandr S Dubolazov dba Aurora Logistic, 10130 Perimerer Parkway, Ste. 200, Charlotte, NC 28216-0197 |
| 11751256 | + | Allstate Trucking LLC, 918 Troy St., Dayton, OH 45404-1855 |
| 11751257 | + | Amerixpress Inc, 433 E Saint Charles Rd., Carol Stream, IL 60188-2101 |
| 11751258 | + | Antonio Morales dba MG Trucking, 1511 Sweden Ln, Laredo, TX 78045-8453 |
| 11751261 | + | Arquimides Herrera Martinez dba Kiko Tru, 470 Maxey Rd., Apt. 308, Houston, TX 77013-5026 |
| 11751262 | + | Aspect Inc, 17955 E. Maplewood Dr., Aurora, CO 80016-3127 |
| 11751263 | + | BBC EXPRESS LLC, 1103 Mcdugald Rd., Humble, TX 77338-8033 |
| 11751264 | + | BOSS TRANSPORTATION SERVICES, LLC, 1001 Industrial Parkway, Mcdonough, GA 30253-7330 |
| 11751266 | + | Continental Express Inc, 17630 Valley Blvd., Bloomington, CA 92316-1947 |
| 11751267 | + | D.E. JONES, INC., 207 University Blvd., Morrilton, AR 72110-9134 |
| 11751268 | + | Eastern Express Inc, 312 W 35th Ave., Griffin, IN 46319-1004 |
| 11751269 | + | Elio Express Inc, 1575 Sanpebble Dr. #104, Wheeling, IL 60090-5920 |
| 11751270 | + | Eratruck Transport LLC, 716 Old Coors Dr. SW, Albuquerque, NM 87121-3204 |
| 11751271 | + | Eulalio Cantu dba C R Transport, 420 Elizabeth Moya St., Edinburg, TX 78542-0321 |
| 11751272 | + | Ever Omar Teran dba Teran Trucking LLC, 430 Young Rd., Byhalia, MS 38611-8370 |
| 11751273 | + | Extreme Freight Lines Inc, 5020 Lindion Ct., Jacksonville, FL 32257-1300 |
| 11751275 | + | Far West Finance, Inc., PO BOX 1246, Medford, OR 97501-0093 |
| 11751276 | | First Bankcard, PO BOX 3331, Omaha, NE 68103-0331 |
| 11751277 | + | Flash Funding LLC, PO BOX 4745, Houston, TX 77210-4745 |
| 11751280 | + | Grant R. Brooker, Bennett International Group, LLC, 1001 Industrial Parkway, McDonough, GA 30253-7330 |
| 11751281 | + | IBC Bank, 1600 FM 802, Brownsville, TX 78521-1104 |
| 11751282 | + | Illinois Valley Trucking, Inc, 12 Enterprise Driver, Lasalle Street Station, IL 61301-9661 |
| 11751283 | | Interstate Capital Corporation, PO BOX 915183, Dallas, TX 75391-5183 |
| 11751284 | + | Ivan Capetillo DBA 4 Star Transport, 3026 S Indiana Ave., Brownsville, TX 78521-6205 |
| 11751285 | + | JDK Transport Corporation, 601 Cowbird Cove, Laredo, TX 78045-8867 |
| 11751286 | + | JL Express Inc, 910 First St., Norco, CA 92860-3018 |
| 11751288 | + | JP J&E Transport LLC, 1564 El Astro, Brownsville, TX 78520-9290 |
| 11751287 | + | Jose Romero dba Pepes Trucking, 11002 Rancho Cordora St., Bakersfield, CA 93311-9126 |
| 11751289 | + | KCE Inc., 7597 Nutty Buddy Cir., Glen Saint Mary, FL 32040-5142 |
| 11751290 | + | L.G. DELIVERIES, LLC, PO BOX 3221, Dayton, TX 77535-0056 |
| 11751291 | + | La Joya Trucking, 8834 US Highway 281, Brownsville, TX 78520-9632 |
| 11751292 | | Love's Solutions LLC, PO BOX 96-0479, Oklahoma City, OK 73196-0479 |
| 11751295 | #+ | MAR LOGISTICS LLC, 4205 Old Hwy 77 Apt. B, Brownsville, TX 78520-0206 |
| 11751293 | + | Mach 1, 1530 W Broadway Rd., Tempe, AZ 85282-1131 |
| 11751294 | + | Mach 1 Global Services- McAllen, 1512 Mid Cities Dr., Ste. B, Pharr, TX 78577-2162 |
| 11751296 | + | Midstate Logistics LLC, 7739 New Carlisle Pike, Huber Heights, OH 45424-1511 |
| 11751297 | + | One Day at a Time Transport LLC, PO BOX 1556, Anthony, NM 88021-1556 |
| 11751299 | + | Pegasus Intertransport LLC, 7016 S Cage Blvd., Pharr, TX 78577-9179 |
| 11751300 | + | Pyramid Hotshots LLC, 2201 W Dave Ave., Ste. 4A, McAllen, TX 78504-4081 |
| 11751301 | + | QUICK SHOT TRUCKING INC, PO BOX 991, Semmes, AL 36575-0991 |
| 11751302 | + | Quinonez Trucking, 350 S. Willow Ave., Spc. 94, Rialto, CA 92376-6345 |

| | | |
|---|---|---|
| 11751304 | + | RJ Logistics, Inc, 1014 Santo Tomas, Laredo, TX 78045-9718 |
| 11751306 | | RTS Financial Services, PO BOX 840267, Dallas, TX 75284-0267 |
| 11751303 | + | Rios Cargo LLC, 143 W Nolana, McAllen, TX 78504-2529 |
| 11751305 | + | Roll Out Logistics Incorporated, 4855 Knob Hill Rd., Azle, TX 76020-6805 |
| 11751307 | + | Sergio Banda dba CM&JR Trucking, 1720 Calle San Pedro, San Benito, TX 78586-8609 |
| 11751308 | + | Stock Transport Inc., 10037 Faust Rd., Lebanon, IL 62254-2819 |
| 11751309 | + | TBS Factoring Service, PO BOX 248920, Oklahoma City, OK 73124-8920 |
| 11751310 | + | Thunder Funding, 2433 Impala Dr., Ste. A, Carlsbad, CA 92010-7227 |
| 11751311 | + | Transportation Alliance Bank Inc., PO BOX 150290, Ogden, UT 84415-0290 |
| 11751312 | + | USA Transport LLC, 1112 Linden Ave., Dayton, OH 45410-2811 |
| 11751313 | + | W & N TRANSPORTATION INC, 13903 Seneca Ridge Dr., Hagerstown, MD 21740-1667 |
| 11751314 | + | Waletich Corporation dba Waletich Transp, 353 E Industrial St., Kasota, MN 56050-2055 |
| 11751316 | + | Western Transport Logistics, 2601 E Magnolia St., Phoenix, AZ 85034-6909 |
| 11751318 | + | Yunisdeisy Pea dba Genuine Trucking, 5313 Ashbury Dr., San Antonio, TX 78250-5003 |

TOTAL: 56

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: alimon@limonlaw.com | Dec 10 2020 20:31:00 | Abelardo Limon, Jr, Limon Law Office PC, 890 W Price Rd, Brownsville, TX 78520 |
| tr | + | EDI: FCSCURTIS | Dec 11 2020 01:13:00 | Catherine Stone Curtis, Pulman, Cappuccio & Pullen, LLP, P.O. Box 720788, McAllen, TX 78504-0788 |
| ust | + | Email/Text: ustpregion07.cc.ecf@usdoj.gov | Dec 10 2020 20:33:00 | US Trustee, 606 N Carancahua, Ste 1107, Corpus Christi, TX 78401-0680 |
| 11751260 | | Email/Text: pam.bates@apexcapitalcorp.com | Dec 10 2020 20:32:00 | Apex Capital Corp, 6000 Western Place, Ste. 1000, Fort Worth, TX 76107 |
| 11751259 | | Email/Text: pam.bates@apexcapitalcorp.com | Dec 10 2020 20:32:00 | Apex Capital, PO Box 961029, Fort Worth, TX 76161-1029 |
| 11751278 | + | EDI: PHINAMERI.COM | Dec 11 2020 01:13:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 11751279 | | EDI: PHINAMERI.COM | Dec 11 2020 01:13:00 | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 11751298 | + | Email/Text: webinfo@pac-fin.com | Dec 10 2020 20:35:00 | Pacific Financial Association, Inc., 22601 N. 19th Ave., Ste. 202, Phoenix, AZ 85027-1321 |
| 11751315 | | EDI: WFFC.COM | Dec 11 2020 01:13:00 | Wells Fargo Line of Credit- BusinessLine, PO BOX 51174, Los Angeles, CA 90051-5474 |

TOTAL: 9

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 11751265 | ##+ | Carpathian Way Inc, 6523 N Lincoln Ave., Lincolnwood, IL 60712-3925 |
| 11751274 | ##+ | F & G Trucking LLC, PO BOX 2531, Orange Grove, TX 78372-2531 |
| 11751317 | ##+ | YAAN Trucking Inc, 7810 Callaghan Rd., Apt. 1502, San Antonio, TX 78229-2363 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0541-1 | User: JosephWel | Page 3 of 3 |
| Date Rcvd: Dec 10, 2020 | Form ID: 309C | Total Noticed: 65 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2020              Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abelardo Limon, Jr | on behalf of Debtor CHAI Freight Logistics LLC alimon@limonlaw.com  rnavarro@limonlaw.com |
| Catherine Stone Curtis | ccurtis@pulmanlaw.com  ecf@pulmanlaw.com;mgarcia@pulmanlaw.com;csc@trustesolutions.net |
| US Trustee | USTPRegion07.CC.ECF@USDOJ.GOV |

TOTAL: 3